FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2020 AUG -6  PM 3:47

UNITED STATES OF AMERICA

v.   CASE NO. 6:20-cr-109
18 U.S.C. § 1349

JOSEPH DANIEL HARRISON

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Conspiracy to Commit Wire Fraud)

A.   Introduction

At times material to this Information:

1. Citibank was a multinational financial institution headquartered in New York, New York.

2. CenterState Bank was a regional financial institution headquartered in Winter Haven, Florida.

3. Space Coast Credit Union was a regional financial institution headquartered in Melbourne, Florida.

1

4. Launch Federal Credit Union was a regional financial institution headquartered in Merritt Island, Florida.

5. Jodebtech LLC was a limited liability company registered with the State of Florida.

6. JOSEPH DANIEL HARRISON resided in Brevard County, Florida.

### B. The Conspiracy

7. From in or about September 2018, and continuing through in or about May 2020, in the Middle District of Florida and elsewhere, the defendant,

JOSEPH DANIEL HARRISON,

knowingly and willfully did combine, conspire, confederate, and agree, with at least one other individual, to commit wire fraud, in violation of 18 U.S.C. § 1343.

### C. Manner and Means of the Conspiracy

8. The manner and means by which the members of the conspiracy sought to accomplish the objects and purpose of the conspiracy included, among others, the following:

9. It was part of the conspiracy that in or about November 2018, members of the conspiracy would and did fraudulently obtain approximately

$758,919.50 in funds from an engineering development and services company located in Columbia, Maryland, by sending an email to that company falsely purporting to be one of the company's vendors and causing a payment for that vendor to be sent via wire transfer to a Citibank account in Florida that was in fact controlled by JOSEPH DANIEL HARRISON.

10. It was further part of the conspiracy that between in or about January 2019 and in or about April 2019, a member of the conspiracy would and did fraudulently obtain approximately $238,500 in funds from victim C.H., a California resident, by representing through an online dating website that he was romantically interested in C.H. and falsely claiming that he needed money from C.H. to pay a court judgment in the United Kingdom, which caused C.H. to send several wire transfers to a Space Coast Credit Union account in Florida that was in fact controlled by JOSEPH DANIEL HARRISON.

11. It was further part of the conspiracy that between in or about April 2019 and in or about May 2019, members of the conspiracy would and did fraudulently obtain approximately $663,862 in funds from a school district located in Illinois, by sending emails to an employee of the school district falsely purporting to be a supplier of the school district and causing payments for that supplier to be transferred to a bank account controlled by members of

the conspiracy, following which some of these funds were re-routed to a Space Coast Credit Union account in Florida controlled by JOSEPH DANIEL HARRISON.

12. It was further part of the conspiracy that between in or about April 2019 and in or about July 2019, members of the conspiracy would and did fraudulently obtain approximately $1,124,068 in funds from an oil field services company located in Houston, Texas, by sending an email to that company falsely purporting to be one of the company's suppliers and causing a number of payments for that vendor be transferred to a bank account controlled by members of the conspiracy, following which some of these funds were re-routed to a Space Coast Credit Union account in Florida controlled by JOSEPH DANIEL HARRISON.

13. It was further a part of the conspiracy that between in or about May 2019 and in or about July 2019, members of the conspiracy would and did fraudulently obtain approximately $416,488 in funds from a cement mixing company located in Abingdon, Virginia, by sending an email to that company falsely purporting to be one of the company's vendors and causing a number of payments for that vendor be transferred to a bank account controlled by members of the conspiracy, following which some of these funds were re-routed to an account controlled by JOSEPH DANIEL HARRISON.

14. It was further a part of the conspiracy that in or about May 2020, members of the conspiracy would and did fraudulently obtain approximately $22,792 in unemployment insurance benefits from the Washington State Employment Security Department, located in the state of Washington, by filing applications for unemployment benefits utilizing stolen personal identifying information belonging to real individuals and causing five payments for those individuals, C.S., M.D., M.R., F.C., and P.M., to be sent via wire transfers to a Launch Federal Credit Union account in Florida that was in fact controlled by JOSEPH DANIEL HARRISON.

15. It was further a part of the conspiracy that JOSEPH DANIEL HARRISON organized Jodebtech LLC with the State of Florida on September 13, 2018, for the purpose of opening business bank accounts in the name of Jodebtech LLC to facilitate transfers of funds for other members of the conspiracy and to make those transfers of funds appear to be legitimate.

16. It was further a part of the conspiracy that JOSEPH DANIEL HARRISON opened various bank accounts in Florida, including accounts at Citibank, Space Coast Credit Union, Launch Federal Credit Union, and CenterState Bank.

17. It was further a part of the conspiracy that JOSEPH DANIEL HARRISON opened some of these bank accounts in his own name, and some of these bank accounts in the name of Jodebtech LLC.

18. It was further a part of the conspiracy that JOSEPH DANIEL HARRISON used the bank accounts that he opened to receive the fraudulently-obtained funds.

19. It was further a part of the conspiracy that JOSEPH DANIEL HARRISON kept a portion of the fraudulently-obtained funds for his own use as payment for facilitating the fraudulent transfers and then forwarded the majority of the funds to other members of the conspiracy.

20. It was further a part of the conspiracy that when bank accounts opened and controlled by JOSEPH DANIEL HARRISON were closed by banks due to fraud, JOSEPH DANIEL HARRISON opened new accounts in order to continue facilitating fraudulent transfers.

21. It was further a part of the conspiracy that JOSEPH DANIEL HARRISON and other conspirators would and did misrepresent, conceal, hide and cause to be misrepresented, concealed and hidden, acts done in furtherance of the conspiracy.

All in violation of 18 U.S.C. § 1349.

## **FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 1349, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, the following: a money judgment in the amount of $32,229.96, which sum represents the proceeds of the fraud that were used or retained by the defendant.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

        MARIA CHAPA LOPEZ
        United States Attorney

By: *[signature]*
        Chauncey A. Bratt
        Assistant United States Attorney

By: *[signature]*
        for Jennifer Harrington
        Assistant United States Attorney

By: *[signature]*
        Roger B. Handberg
        Assistant United States Attorney
        Chief, Orlando Division